IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

MACK LANGFORD,
ADC #94147, et al.                                                                                          PLAINTIFFS

VS.                                          5:05CV00216WRW/HLJ

NNAMDI IFEDIORA, et al.                                                                          DEFENDANTS

## ORDER

The Court has received proposed findings and recommendations from United States Magistrate Judge Henry L. Jones, Jr. After a review of those proposed findings and recommendations, and the timely objections received thereto, as well as a de novo review of the record, the Court adopts them in their entirety. Accordingly,

IT IS, THEREFORE, ORDERED that defendants' motions to dismiss and for summary judgment are GRANTED IN PART, with respect to plaintiff Langford's claims of failure to provide physical therapy, diagnostic testing, and failure to refer to physician specialists, and DENIED in all other respects.

IT IS SO ORDERED this 11th day of May, 2007.

/s/Wm. R. Wilson, Jr.
UNITED STATES DISTRICT JUDGE