IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

MACK LANGFORD, ADC # 94147 and           PLAINTIFFS
JOHN HARDIN, ADC # 108944, on behalf of themselves and
all other inmates similarly situated

VS.                NO. 5:05 CV 00216WRW-HLJ

CORRECTION MEDICAL SERVICES, INC., ET AL.           DEFENDANTS

## PROTECTIVE ORDER

It appears to this Court that Plaintiffs in the present case has requested documents containing confidential and health-related information, the release of which may constitute an unwarranted invasion of privacy. Specifically, in response to Plaintiff's discovery request, State Defendants propose to release the following subject to a protective order:

i) copies of all informal resolution forms and grievances filed by Mack Langford, together with all responses, including all documents related to appeals of grievances at all stages of the appeals process;

ii) copies of all informal resolution forms and grievances filed by John Hardin, together with all responses, including all documents related to appeals of grievances at all stages of the appeals process;

iii) copies of all grievances deemed to be of a medical nature and deemed to exceed the inmate's limit for weekly submission, according to ADC policy since July 1, 2002;

iv) copies of all grievances deemed to be of a medical nature for which a unit level investigation was instituted since July 1, 2002;

1

v) list of all grievances deemed to be of a medical nature which were forwarded to the Internal Affairs Division, according to ADC policy.

IT IS THEREFORE ORDERED that any confidential information gained from the above, as well as any documents photocopied or recorded from the above, may be used only in connection with preparing and presenting Plaintiffs' case to this Court.

IT IS FURTHER ORDERED that any documents obtained by Plaintiffs and their attorneys shall remain in the custody of Plaintiffs and their attorneys. Neither Plaintiffs nor anyone acting for or on Plaintiffs' behalf shall in any manner, directly or indirectly, transfer or communicate any of the information or data obtained to any person not a party to this litigation other than for proper purposes directly related to the trial of this action, and that any such person to whom such communication is made is bound by the terms of this Order.

IT IS FURTHER ORDERED that at the conclusion of this litigation, neither Plaintiffs nor anyone acting for or on Plaintiffs' behalf shall in any manner, directly or indirectly, retain copies of these documents, and Plaintiffs shall return the documents to State Defendants' counsel. This does not include Plaintiffs' counsel, however, who may retain a copy of these documents for the sole purpose of defending themselves should their conduct in this lawsuit be called into question.

IT IS SO ORDERED this 30th day of January, 2008.

_____
THE HONORABLE WILLIAM R. WILSON, JR.
UNITED STATES DISTRICT JUDGE