IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

MACK LANGFORD,
ADC #94147, et al.                                                                                    PLAINTIFFS

5:05CV00216WRW/HLJ

NNAMDI IFEDIORA, et al.                                                                            DEFENDANTS

ORDER

The motion for reimbursement of out-of-pocket expenses filed by plaintiffs' appointed counsel (DE #80) is hereby GRANTED.[1]

Having considered the motion pursuant to the guidelines and policies of the Reimbursement of Out-of-Pocket Expenses Fund, the Court hereby orders that the Clerk of the Court distribute to the named applicant, Kristine Baker, the amount of Four Thousand Six Hundred Eighteen Dollars and Three Cents ($4,618.03) from the Fund. A copy of this Order, together with the application, shall be placed in the Fund file maintained by the Clerk of the Court.

DATED this 31st day of January, 2008.

_____
United States Magistrate Judge

---

[1] By Order dated October 11, 2007 (DE #75), this Court granted plaintiffs' counsel's motion for pre-approval of out-of-pocket expenses. In this motion, counsel estimated the cost of the copies at a total of $891.40, for roughly 2,000 pages of documents. However, in the current application, counsel notifies the Court that the number of pages copied exceeded 12,000, and asks for reimbursement in the amount of $4,618.03. In the future, if counsel encounters a similar situation where estimated expenses greatly exceed the amount approved by the Court, counsel must first contact the Court for additional approval prior to incurring such expenses.