## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## PINE BLUFF DIVISION

**MACK LANGFORD, ADC #94147,**
**and JOHN HARDIN, ADC #108944**                                                            **PLAINTIFFS**

**v.**                                  **5:05CV00216-WRW-HLJ**

**NNAMDI IFEDIORA,** *et al.*                                                                 **DEFENDANTS**

## ORDER

The Court has received proposed findings and recommendations from United States Magistrate Judge Henry L. Jones, Jr. After a review of those proposed findings and recommendations, and the timely objections received thereto, as well as a *de novo* review of the record, the Court adopts them in their entirety.

Accordingly, the medical Defendants' Motion for Partial Summary Judgment (Doc. No. 91) is GRANTED IN PART, with respect to Plaintiff Hardin's allegations against Defendant Ifediora, and DENIED with respect to his allegations against Defendant CMS. The ADC Defendants' Motion for Summary Judgment (Doc. No. 120) is GRANTED IN PART, with respect to Plaintiffs' denial of medical care allegations against Defendants Kelley, Evans, Arkansas Department of Correction, Norris and Mobley, and DENIED in all other respects. Further, the medical Defendants' Motion for Summary Judgment (Doc. No. 125) is GRANTED IN PART, with respect to Plaintiff Langford's allegations against Defendant CMS, and DENIED with respect to his allegations against Defendant Ifediora. Finally, Defendants' Motion to Sever (Doc. No. 123) is DENIED.

IT IS SO ORDERED this 6th day of April, 2009.

/s /Wm. R. Wilson, Jr.
UNITED STATES DISTRICT JUDGE