# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF ARKANSAS
### PINE BLUFF DIVISION

**MACK LANGFORD,**
**ADC # 94147, et al.**                                                              **PLAINTIFFS**

**v.**                          **CASE NO. 5:05cv00216 BSM/JTK**

**NNAMDI IFEDIORA, et al.**                                                     **DEFENDANTS**

## ORDER

      Consistent with the opinion issued by the Eighth Circuit Court of Appeals [Doc. No. 180], separate defendants Larry B. Norris ("Norris"), John Byus ("Byus"), and Max Mobley ("Mobley") are entitled to statutory immunity on plaintiffs' state law claims. Therefore, summary judgment is granted in favor of Norris, Byus, and Mobley on plaintiffs' state law claims. An amended scheduling order will be entered setting the case for trial on the remaining claims.

      IT IS SO ORDERED this 28th day of October, 2010.

_____
UNITED STATES DISTRICT JUDGE