# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF ARKANSAS
### PINE BLUFF DIVISION

**MACK LANGFORD,**
**ADC #94147, et al.**                                                                                    **PLAINTIFFS**

**v.**                        **CASE NO. 5:05cv00216 BSM/JTK**

**NNAMDI IFEDIORA, et al.**                                                                **DEFENDANTS**

## ORDER

Defendants move for judgment on the pleadings. [Doc. No. 185]. In support, defendants state plaintiffs' class action allegations should be dismissed pursuant to Federal Rule of Civil Procedure 23(c)(1), for failure to file a class certification motion "as soon as practicable after the commencement of an action brought as a class action."

In their response, plaintiffs state by stipulation that they do not intend to serve as class representatives or to seek class certification, that defendants do not object to their stipulation, and that defendants' motion is now moot. Accordingly,

IT IS, THEREFORE, ORDERED that the motion for judgment on the pleadings [Doc. No. 185] is hereby DENIED as moot.

IT IS SO ORDERED this 1st day of December, 2010.

_____
UNITED STATES DISTRICT JUDGE