**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION**

MACK LANGFORD, ADC #94147,
and JOHN HARDIN, ADC #108944                                        PLAINTIFFS

v.                                  5:05-cv-00216-BSM-JTK

NNAMDI IFEDIORA, et al.                                             DEFENDANTS

**ORDER**

This matter is before the Court on the Motion of the Arkansas Department of Correction (ADC) Defendants to Substitute Party (Doc. No. 224). No responses have been filed in opposition to the Motion. Accordingly,

IT IS, THEREFORE, ORDERED that:

1.  The ADC Defendants' Motion to Substitute Party (Doc. No. 224) is GRANTED.

2.  Ray Hobbs is substituted for Larry Norris in his official capacity.

3.  Rory Griffin is substituted for John Byus in his official capacity.

4.  Kay Howell is substituted for Marvin Evans in his official capacity.

IT IS SO ORDERED this 15th day of June, 2011.

_____
JEROME T. KEARNEY
UNITED STATES MAGISTRATE JUDGE