**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**PINE BLUFF DIVISION**

MACK LANGFORD, ADC #94147, et al.                                               PLAINTIFFS

v.                                    5:05-cv-00216-BSM-JTK

CORRECTIONAL MEDICAL
SERVICES, INC., et al.                                                          DEFENDANTS

## ORDER

Plaintiff Mack Langford's Unopposed Motion to Substitute his Estate as the proper party to this action (Doc. No. 235) is GRANTED. Pursuant to FED.R.CIV.P. 25, "Dale Langford, Special Administrator of the Estate of Mack Langford, Deceased," is substituted as the proper party for Mack Langford, deceased.

IT IS SO ORDERED this 12th day of September, 2011.

_____
JEROME T. KEARNEY
UNITED STATES MAGISTRATE JUDGE