UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**MACK LANGFORD, et al.**
**ADC # 94147**                                                                                        **PLAINTIFFS**

v.                           CASE NO. 5:05CV00216 BSM-JTK

**NNAMDI IFEDIORA, et al.**                                                              **DEFENDANTS**

## ORDER

The proposed findings and recommended partial disposition [Doc. No. 225] submitted by United States Magistrate Judge Jerome T. Kearney and the filed objections [Doc. No. 228] have been reviewed. After carefully considering these documents and making a *de novo* review of the record, it is concluded that the proposed findings and recommended partial disposition should be, and hereby are, approved and adopted in their entirety in all respects.

IT IS THEREFORE ORDERED that:

1.      The motion for partial summary judgment filed by defendants Correctional Medical Services, Inc. ("CMS") and Dr. Nnamadi Ifediora [Doc. No. 192] be GRANTED in part, with respect to plaintiffs' claims against them based on the Americans with Disabilities Act and the Rehabilitation Act

2.      The motion for partial summary judgment filed by defendants CMS and Ifediora [Doc. No. 192] is DENIED with respect to the remaining claims against them.

IT IS SO ORDERED this 20th day of September 2011.

*/s/ Brian S. Miller*
UNITED STATES DISTRICT JUDGE