UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**MACK LANGFORD, et al.**
**ADC # 94147**                                                                                                    **PLAINTIFFS**

**v.**                              **CASE NO. 5:05CV00216 BSM-JTK**

**NNAMDI IFEDORA, et al.**                                                                       **DEFENDANTS**

## ORDER

The proposed findings and recommended partial disposition [Doc. No. 234] submitted by United States Magistrate Judge Jerome T. Kearney have been reviewed. There have been no objections. After carefully considering this document and making a *de novo* review of the record, it is concluded that the proposed findings and recommended partial disposition should be, and hereby are, approved and adopted in their entirety.

IT IS THEREFORE ORDERED that defendants' motion for judgment on the pleadings [Doc. No. 229] is granted and all John and Jane Doe defendants are dismissed without prejudice from this action.

IT IS SO ORDERED this 21st day of September, 2011.

_____
UNITED STATES DISTRICT JUDGE